**Fill in this information to identify the case:**

Debtor name __11965 San Pablo LLC__

United States Bankruptcy Court for the: __Northern__   District of __CA__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Contra Costa Tax Collector<br>PO Box 631<br>Martinez, CA 94553-0063 | Russel V. Watts<br>Tax Collector<br>925-957-5280<br>www.cctax.us | County & Local Property Tax | | 21,203.51 | | |
| 2 | The Michaels Organization<br>PO Box 90708<br>Camden, NJ 08101 | Scott Cooper, VP<br>scooper@tmo.com<br>310-709-1887 | Reimb of trade expenses and devlpmnt costs | | | | 669,919.76 |
| 3 | ADT<br>3190 S. Vaughn Way<br>Aurora, CO 80014 | Customer Service<br>MyAdt.com\help<br>877-545-0502 | Service | | | | 386.59 |
| 4 | PG&E<br>Box 997300<br>Sacramento, CA 95899 | Customer Service<br>www.pge.com\MyEnergy<br>1-800-458-4743 | Utiltiy | | | | 1,162.67 |
| 5 | CM Land Management<br>2412 9th Street<br>Berkeley, CA 94710 | Caesar Mejia<br>510-712-8690<br>cmgato@aol.com | Repairs | | | | 3,600.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  11965 San Pablo LLC                                    Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |